MICHAEL V. BRADY (SBN 146370)
MICHAEL E. VINDING (SBN 178359)
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
mbrady@scharff.us
mvinding@scharff.us

Attorneys for Plaintiffs
CITY OF YREKA, CITY COUNCIL OF
THE CITY OF YREKA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF YREKA, CITY COUNCIL OF THE CITY OF YREKA,<br><br>Plaintiffs,<br><br>v.<br><br>KEN SALAZAR in his official capacity as Secretary of the Interior; LARRY ECHOHAWK in his official capacity as Assistant Secretary for Indian Affairs of the United States Department of Interior and BUREAU OF INDIAN AFFAIRS; MICHAEL MALLORY, in his official capacity as Siskiyou County Assessor-Recorder; Does 1 through 100,<br><br>Defendants. | CASE NO.  2:10-CV-01734-WBS-EFB<br><br>**STIPULATED CONSENT DECREE AND [PROPOSED] ORDER** |

Plaintiffs CITY OF YREKA and CITY COUNCIL OF THE CITY OF YREKA ("City") and defendant MICHAEL MALLORY, in his official capacity as Siskiyou County Assessor-Recorder ("Recorder's Office"), stipulate and agree as follows:

**WHEREAS**, the City is located in the County of Siskiyou, California and acts through the City Council;

**WHEREAS**, the City Attorney has been vested with the authority to sign this Stipulated Consent Decree by and on behalf of the City and bind the City hereto;

**WHEREAS**, the Recorder's Office is responsible for and has jurisdiction over the land

records in the County of Siskiyou.  In that capacity and pursuant to California law, the Recorder's Office maintains a complete public record of matters which may affect title to real property located within that County including any written document, which affects title to or possession of real property which can be recorded in the Recorder's Office if the document is in proper form;

**WHEREAS**, the County Counsel of Siskiyou County has been vested with the authority to sign this Stipulated Consent Decree by and on behalf of the Recorder's Office and bind the Recorder's Office hereto;

**WHEREAS,** the property that is the subject of this dispute is located in this district and is commonly described as Yreka Medical Clinic 1519 South Oregon Street, Yreka, California 96097 (Assessor's Parcel No.: 061-341-070; "Property");

**WHEREAS,** the Recorder's Office only interest in the above entitled litigation relates to its obligation to accept for filing any documentation that is in proper form;

**WHEREAS,** the Recorder's Office seeks to ensure that all actions it undertakes, including the filing of documentation, are in compliance with all state and federal laws;

**WHEREAS,** the City and the Recorder's Office seek to avoid the costs of litigation;

**WHEREAS** the City and the Recorder's Office agree that it is in their mutual interest to resolve this matter without further litigation;

**WHEREAS,** the City and the Recorder's Office understand and intend that this Stipulated Consent Decree does no more than maintain the status quo until this Court directs otherwise;

**AND WHEREAS,** at the time the Stipulated Consent Agreement is submitted for approval to the United States District Court, the City and the Recorder's Office stipulate and request that the Court retain jurisdiction for the enforcement of this Agreement until the above entitled matter is resolved or until the Court directs otherwise.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED AND DECREED BY THE COURT, AS FOLLOWS:**

1. The Recorder's Office is prohibited and enjoined from accepting or filing any

documentation changing title to the Property such that it is held in trust by any person or entity until this matter is resolved or this Court orders otherwise.

2. The Court shall retain jurisdiction for the enforcement of this Agreement until the above entitled matter is resolved or until the Court otherwise orders.

3. The Recorder's Office shall have no obligation to appear in proceedings nor be subject to discovery unless ordered by the Court.

The Parties hereto enter into this Stipulated Consent Decree and respectfully submit it to the Court for its approval and entry as an Order and Final Judgment.

Dated: September 22, 2010          City of Yreka

                                   By:   /s/Mary Frances McHugh
                                         Mary Frances McHugh, Esq.
                                         City Attorney, City of Yreka for CITY OF
                                         YREKA and CITY COUNCIL OF THE CITY
                                         OF YREKA

Dated: September 23, 2010          County of Siskiyou Recorder's Office

                                   By:   /s/Thomas Guarino
                                         Thomas Guarino, Esq.
                                         County Counsel, County of Siskiyou for
                                         MICHAEL MALLORY, in his official capacity
                                         as Siskiyou County Assessor-Recorder

**IT IS SO ORDERED.**

                                   Dated:   October 8, 2010

                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE